

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

Appellant/cross-appellee, Leticia R. Benavides, has been granted several extensions of time in which to file her brief, the latest until January 27, 2021.  Benavides filed her brief on February 5, 2021. On February 8, 2021, the appellees/cross-appellants filed a motion to strike Benavides's brief and dismiss the appeal on the ground that Benavides failed to comply with court orders granting Benavides extensions of time to file her brief.

The motion is DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court